| AO 10*<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kacsmaryk, Matthew J. | 2. Court or Organization<br><br>United States District Court, Northern District of Texas | 3. Date of Report<br><br>08/29/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    ☐ Date<br>☐ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>08/29/2017 |
| 7. Chambers or Office Address<br><br>2001 West Plano Parkway<br>Suite 1600<br>Plano, Texas 75075 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | First Liberty Institute | $164,654.72 |
| 2. 2016 | First Liberty Institute | $155,677.45 |
| 3. 2017 | First Liberty Institute | $123,502.51 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kacsmaryk, Matthew J. | 08/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Wells Fargo Emerge Market One Fund | A | Dividend | J | T | Exempt | | | | |
| 2. | Western Asset Care Plus Fund | A | Dividend | J | T | | | | | |
| 3. | Vanguard Value Index | A | Dividend | J | T | | | | | |
| 4. | Vanguard Institutional Index Fund | A | Dividend | M | T | | | | | |
| 5. | Wells Fargo TGT2040 | A | Dividend | K | T | | | | | |
| 6. | Guidestone My Destination 2035 GMHZX | A | Dividend | L | T | | | | | |
| 7. | College Invest 529 Aggressive Growth Allocation | A | Dividend | J | T | | | | | |
| 8. | College Invest 529 Aggressive Growth Allocation | A | Dividend | J | T | | | | | |
| 9. | College Invest 529 Aggressive Growth Allocation | A | Dividend | J | T | | | | | |
| 10. | College Invest 529 Aggressive Growth Allocation | A | Distribution | J | T | | | | | |
| 11. | Publix Supermarkets, Inc., Common Stock (Private) | G | Distribution | P1 | U | | | | | |
| 12. | Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Matthew J. Kacsmaryk**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 179 | 147 | Notes payable to banks-secured (auto) | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 3 | 158 | 652 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 185 | 641 |
| Real estate owned – see schedule | | 324 | 470 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 16 | 257 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| *Thrift Savings Plan* | | 43 | 409 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 185 | 641 |
| | | | | Net Worth | 3 | 536 | 294 |
| Total Assets | 3 | 721 | 935 | Total liabilities and net worth | 3 | 721 | 935 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

# FINANCIAL STATEMENT

## NET WORTH SCHEDULES

Listed Securities

| | |
|---|---:|
| WF Emerge Market One Fund | $9,195 |
| Western Asset Care Plus Fund | $2,709 |
| Vanguard Value Index | $9,112 |
| Vanguard Institutional Index Fund | $114,706 |
| Wells Fargo TGT2040 | $30,123 |
| My Destination 2035 GMHZX | $55,476 |
| College Invest 529 Aggressive (Avery) | $9,688 |
| College Invest 529 Aggressive (Reagan) | $9,738 |
| College Invest 529 Aggressive (Abigail) | $9,987 |
| College Invest 529 Aggressive (Amelia) | $2,901 |
| Publix Super Markets, Inc., Common Stock | $2,905,017 |
| Total Listed Securities | $ 3,158,652 |

Real Estate Owned

| | |
|---|---:|
| Personal Residence | $324,470 |
| Total Real Estate Owned | $324,470 |

Real Estate Mortgages Payable

| | |
|---|---:|
| Personal Residence – Mortgage | $185,641 |
| Total Real Estate Mortgages Payable | $185,641 |